# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARTHUR C. LEMANE, ET UX

VERSUS

PROGRESSIVE PALOVERDE
INSURANCE COMPANY, ET AL

CONSOLIDATED WITH

HARVEY C. HILBURN, JR. AND
LISA A. HILBURN

VERSUS

A1 INVESTMENTS, LLC, ERIC
NEAL JOHNSON, PROGRESSIVE
PALOVERDE INSURANCE COMPANY,
AND SCOTTSDALE INSURANCE
COMPANY

NO. 2026 CW 0184

MAY 18, 2026

---

In Re:   Progressive Paloverde Insurance Company, applying for
         supervisory writs, 23rd Judicial District Court, Parish
         of Ascension, No. 139912 c/w 142055.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              HG
                              TPS

   **McClendon, C.J.**, dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT